| | |
|---|---|
| 1 | JODI SIEGNER, Bar No. 102884 |
| 2 | Email Address: ifie_ner_deconsel.com<br>DeCARLO & S A LE , |
| 3 | a Professional Corporation<br>533 S. Fremont Avenue, Ninth Floor |
| 4 | Los Angeles, California  90071-1706<br>Telephone *(L*13) 488-4100 |
| 5 | Telecopier (213) 488-4180 |
| 6 | Attorneys for Plaintiff CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION a California non-profit Corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SAN JUAN INSULATION AND DRYWALL, INC., a Colorado Corporation, also known as SAN JUAN INSULATION & DRYWALL; CHRISTOPHER R. MANFREDONIA, also known as CHRIS MANFREDONIA· and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV13-3719 BRO (AGRx)<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED |

　　　　GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that this matter be dismissed subject to reopening by January 1, 2025, without prejudice, as to Defendants SAN JUAN INSULATION AND DRYWALL, INC., a Colorado corporation, also known as SAN JUAN INSULATION & DRYWALL; and

///

CHRISTOPHER R. MANFREDONIA, also known as CHRIS MANFREDONIA, pursuant to settlement; and that this court retain jurisdiction to enforce the terms of the settlement.

Dated: December 4, 2014

*[signature]*

THE HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE