UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 13-03719 BRO (AGRx) | Date | July 20, 2016 |
|---|---|---|---|
| Title | CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION ET AL. V. SAN JUAN INSULATION AND DRYWALL, INC. ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Cheryl Wynn | Not Present | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE PLAINTIFFS' EX PARTE APPLICATION [48]

Currently pending before the Court is Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts' (collectively, "Plaintiffs") Ex Parte Application to Reopen the Case and Enter Judgment Pursuant to Stipulation against San Juan Insulation and Drywall Inc. and Christopher Manfredonia (collectively, "Defendants"). (Dkt. No. 48 (hereinafter, "Appl.").) On December 4, 2014, the Court dismissed this action pursuant to a stipulation by the parties. (Dkt. Nos. 46, 47.) Under the stipulation, the Court retained jurisdiction to reopen the case and enter judgment on any balance owed if a party filed an ex parte application and established good cause. (Dkt. No. 46 at 2.) On July 19, 2016, Plaintiffs filed the instant Ex Parte Application, alleging good cause exists to reopen the case and enter judgment in Plaintiffs' favor. (*See* Appl.) Accordingly, Defendants are **ORDERED TO SHOW CAUSE** as to why the Court should not reopen the case and enter judgment in favor of Plaintiffs. Defendants' Response to the Order to Show Cause must be filed no later than **Friday, July 22 at 4:00 p.m.** Plaintiffs are ORDERED to serve Defendants with this Order.

    IT IS SO ORDERED.                                                               :

                                                      Initials of Preparer         cw