JODI SIEGNER, Esq., Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> SAN JUAN INSULATION AND DRYWALL, INC., a Colorado corporation, also known as SAN JUAN INSULATION & DRYWALL; CHRISTOPHER R. MANFREDONIA, also known as CHRIS MANFREDONIA; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 13-3719 BRO(AGRx) <br><br> JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, have judgment against defendants, SAN JUAN INSULATION AND DRYWALL, INC., a Colorado corporation, also known as SAN JUAN INSULATION &

DRYWALL, and CHRISTOPHER R. MANFREDONIA, also known as CHRIS MANFREDONIA, (collectively "DEFENDANTS"), in the amount of $562,279.63, including interest from October 31, 2014 through May 1, 2015, plus additional interest from May 1, 2015 through July 13, 2016, accruing at the rate of 7.50%, or $117.14 per day, in the amount of $50,604.48, and attorney's fees in the amount of $15,857.68, for a total of $628,741.79, plus costs.

DATE: February 8, 2017

_____
HON. BEVERLY REID O'CONNELL
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By:     /S/   Jodi Siegner
JODI SIEGNER
Attorney for Plaintiffs, Carpenters
Southwest Administrative Corporation
and Board of Trustees for the Carpenters
Southwest Trusts

2